**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6670**
_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

DOUGLAS WALTER CHILDS,

                    Defendant – Appellant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Martin K. Reidinger,
District Judge.  (1:95-cr-00020-MR-1)

_____

Submitted:  January 19, 2011          Decided:  February 22, 2011

_____

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Douglas Walter Childs, Appellant Pro Se.  Jerry Wayne Miller,
OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Walter Childs appeals the district court's order denying Childs' motion for reconsideration of the district court's order denying his petition for a writ of error coram nobis and motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Childs, No. 1:95-cr-00020-MR-1 (W.D.N.C. Apr. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED